**Order entered February 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00541-CV

**JOHN D. COPELAND, Appellant**

**V.**

**JAY SANDON COOPER, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-13097**

## ORDER

We **GRANT** appellant's February 15, 2014 motion to file corrected brief and extend time

for filing.  We **ORDER** the brief tendered to the Clerk on February 21, 2014 filed as of the date

of this order.

/s/  ELIZABETH LANG-MIERS
    JUSTICE